STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1271 consolidated with 03-1178


OMSI

VERSUS

ALVIN JOE ELLIOTT

**********
APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT # 3
PARISH OF CALCASIEU, NO. 01-02546
HONORABLE CHARLOTTE A. L. BUSHNELL,
WORKERS COMPENSATION JUDGE


**********
ARTHUR J. PLANCHARD

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and
Arthur J. Planchard*, Judges.

AFFIRMED.

Jeffrey C. Napolitano
Keith E. Pittman
Juge, Napolitano, Guilbeau, Ruli & Frieman
3838 N. Causeway Blvd., #2500
Metairie, LA 70002
Counsel for Plaintiff/Appellant:
    OMSI

Patricia  McKay Clotiaux
Waller & Associates
3838 N. Causeway, Ste. 3160
Metairie, LA 70002
Counsel for Defendant/Appellee:
    Repcon, Inc.

    *Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana
Supreme Court as Judge Pro Tempore

Robert L. Beck,  Jr.

**Rivers, Beck, Dalrymple & Ledet**
**P. O. Drawer 12850**
**Alexandria, LA 71315-2850**
**Counsel for Claimant/Appellee:**
  **Alvin Joe Elliott, et al.**

**Jeffrey Martin Cole**
**Plauche, Smith & Nieset**
**P.O. Drawer 1705**
**Lake Charles, LA 70602**
**Counsel for Defendant/Appellee:**
  **Wyatt Field Service**

PLANCHARD, Judge[1].

For the reasons set forth in the companion case hereto, *OMSI v. Alvin Joe Elliott*, 03-1178 (La.App. 3 Cir. 03/__/04), ___ So.2d ___, the judgment of the trial court is affirmed.  All costs of this appeal are assessed against Plaintiff/Appellant, OMSI.

**AFFIRMED.**

---

[1] Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.